**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
Mario Perez, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                        *Plaintiff*,

    -*against*-

Herbs Thai Bistro LLC, Thaichellas LLC and Nutcha Kethirum,

                        *Defendants*.
---------------------------------------------------------------X

Case No.: 22-CV-06038

**FED.R.CIV.P. 68 JUDGMENT**

      WHEREAS pursuant Rule 68 of the Federal Rules of Civil Procedure ("Fed.R.Civ.P."), Defendants Herbs Thai Bistro LLC, Thaichellas LLC and Nutcha Kethirum (collectively, the "Defendants"), having offered to allow Plaintiff Mario Perez (the "Plaintiff") to take a judgment against the Defendants in this action for the total sum of Eighteen Thousand Dollars and Zero Cents ($18,000.00), inclusive of reasonable attorney's fees, costs, and expenses, for Plaintiff's claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action (the "Offer of Judgment");

      WHEREAS, a true and correct copy of the Offer of Judgment is annexed hereto as **Exhibit "A"**;

      NOTICE IS HEREBY GIVEN that Plaintiff's attorney hereby confirms acceptance of Defendants' Offer of Judgment.

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: _____
    Jason Mizrahi
    60 East 42nd Street, Suite 4700
    New York, NY 10165
    Tel. No.: (212) 792-0048
    Email: Jason@levinepstein.com
    *Attorneys for Plaintiff*

VIA ECF: All Counsel

Encl.